SHAW FUNDING, L.P., Appellant, v PERCY M. SAMUEL et al., Defendants, and MELISSA VINA JOHN et al., Respondents. [955 NYS2d 896]—

The resolution of credibility issues by the hearing court is entitled to deference on appeal, and will be upheld if supported by evidence in the record (*see generally Gass v Gass*, 42 AD3d 393 [2007]; *Ahrens v Chisena*, 40 AD3d 787 [2007]; *Lattingtown Harbor Prop. Owners Assn., Inc. v Agostino*, 34 AD3d 536 [2006]). The hearing record in this case supports the court's conclusion that the plaintiff did not effectuate service of the motion for a deficiency judgment upon the respondents (*see* RPAPL 1371 [2]; *First Nationwide Bank v Pegasus Agency*, 253 AD2d 536 [1998]), and we discern no basis to disturb that determination.

The plaintiff's remaining contentions are without merit. Dillon, J.P., Chambers, Sgroi and Miller, JJ., concur.